Emmerlean Carter, Plaintiff-Appellant, v. New York Central Railroad, and City of Chicago, a Municipal Corporation, Defendants-Appellees.

Gen. No. 47,757.

First District, Third Division.

March 23, 1960.

264

Irving Birnbaum (Leo K. Wykell, of counsel) for plaintiff-appellant; John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin and Rita Ivy Epstein, Assistant Corporation Counsel, of counsel) for City of Chicago, and Marvin A. Jersild and Martin J. Keating, for New York Central Railroad Company, defendants-appellees. Opinion by JUSTICE BURKE. Not to be published in full.